UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Volkan Turan | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 23-80007 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

Please take notice that on May 11, 2023, at 9:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 S. Church St. Rockford, IL 61101, **or** electronically as described below, and present the motion of **TRUSTEE'S MOTION TO CONVERT CASE TO A CHAPTER 7** a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 291 5226, and the passcode is 852255. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Date:  April 20, 2023

_____
LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a copy of this notice and motion was mailed to the debtor(s) in envelopes addressed as indicted on the attached list bearing first class postal indicia on the 20th day of April 2023. A copy of the notice and motion was served via CM/ECF on the debtor's attorney of record whose name is listed on the attached on the 20th day of April 2023. and on each entity shown on the attached list at the address shown and by method indicated on the list on the 20th day of April 2023.

/s/ Heather Fagan

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368

**Creditor List:**

| Name | Address / Email | | | | |
|---|---|---|---|---|---|
| Volan Turan | 5 Barrington Bourne | Barrington, IL 60010 | | | |
| Joseph D. Olsen | 5702 Elaine Drive Suite 204 | Rockford, IL 61108 | | | |
| Paul M. Bach | paul@bachoffices.com | pnbach@bachoffices.com | bachecf@gmail.c | bachlaw@stratusbk.com | bachpr57277@notify.bestcase.com |
| Ava Lousie Caffarini | caffarinia@jbltd.com | | | | |
| Edward H. Cahill | amps@manleydeas.com | | | | |
| David R. Herzog | drh@dherzoglaw.com | dherzoglaw@gmail.com | | | |
| Patrick S. Layng | ustpregion11.md.ecf@usgoj.com | | | | |
| Joseph Marconi | marconij@bltd.com | kotsiovost@jbltd.com | | | |
| Timothy R. Yueill | timothyy@nevelllaw.com | | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Volkan Turan | ) | CASE NO. 23-80007 |
| | ) | |
| Debtor(s). | ) | |

## MOTION TO CONVERT CASE TO CHAPTER 7

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and as for her Motion to Convert to Chapter 7 states as follows:

1. The debtors herein filed a voluntary petition pursuant to Chapter 7 of the United States Bankruptcy Code on 1/5/2023

2. On 4/10/2023, the Chapter 7 Trustee filed a Report of no distribution.

3. On 4/5/2023, this Honorable Court granted the debtor's motion to convert the case to a Chapter 13.

4. Pursuant to 11 U.S.C. Section 1307(c), this court has the authority to convert the case back to a Chapter 7 as no timely Chapter 13 plan has been filed.

6. That the Chapter 7 Trustee has requested that the case be converted back to Chapter 7.

7. It is in the best interest of the creditors that this case be re-converted to a case under Chapter 7.

WHEREFORE, the Trustee respectfully requests that this case be converted to a Chapter 7.

_____
LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815-968-5354
Fax: 815-968-5368