UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 23-80007
Volkan Turan, )
) Chapter: 7
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

# ORDER GRANTING MOTION TO EXTEND
# TIME TO FILE COMPLAINT UNDER SECTION 523 AND SECTION 727

This matter having come before the Court on the motion (the "Motion") of Christian Carini, a creditor ("Carini") of the bankruptcy estate of Volkan Turan (the "Debtor") for an extension of the deadline for filing complaints objecting to discharge pursuant to 11 U.S.C. § 727 or objecting to dischargeability under 11 U.S.C. § 523, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that
1. The Motion is granted as provided herein;
2. The last day for Carini to file complaint(s) objecting to the Debtor's discharge, or the dischargeability of a debt that the Debtor owes Carini, is extended to February 12, 2025.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 08, 2025

**Prepared by:**

Justin Storer (6293889)
FACTORLAW
105 W. Madison Street, Suite 2300
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com