Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

In Re:

| | |
|---|---|
| Volkan Turan<br>5 Barrington Bourne<br>Barrington, IL 60010<br>SSN: xxx−xx−1127 EIN: 46−2155367, 46−5742649, 83−3378339, 88−0766400, 84−2032988<br>dba Mint Remodeling Corporation, dba Mint Corporation, ... | Case No. : 23−80007<br>Chapter : 7<br>Judge : Thomas M. Lynch |

---

## NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: February 13, 2025

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court